IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: 23-cv-01682-CNS-SKC | Date: January 8, 2024 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| DOUGLAS MIRACLE<br>**Plaintiff** | *John McKendree* |
| v. | |
| ACEYUS INC<br>**Defendant** | *Lucas Ritchie* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session:  10:27 a.m.

Appearance of counsel. Also present at the defense table is Elizabeth Poche.

Argument as to [10] Defendant's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) given by Mr. McKendree and Mr. Ritchie with questions from the Court.

As outlined on the record, it is

**ORDERED:** **[10] Defendant's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) is GRANTED.**

**Plaintiff is granted leave to amend the complaint as to the first, third, fourth, and fifth claims within 14 days.**

**The second claim is dismissed with prejudice.**

**Settlement conference with the Magistrate Judge is authorized.**

Court in Recess:  11:03 a.m.        Hearing concluded.        Total time in Court:  00:36