IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: | 23-cv-01682-CNS-KAS | Date: May 31, 2024 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Mary George |

| *Parties* | *Counsel* |
|---|---|
| DOUGLAS MIRACLE  **Plaintiff** | *John McKendree* |
| v. | |
| ACEYUS INC  **Defendant** | *Elizabeth Poche*  *Lucas Ritchie* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 1:26 p.m.

Appearance of counsel.

Argument as to [33] Defendant's Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to F.R.C.P. 12(b)(6) given by Mr. Ritchie and Mr. McKendree with questions from the Court.

As outlined on the record, it is

**ORDERED:** **[33] Defendant's Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to F.R.C.P. 12(b)(6) is GRANTED in part and DENIED in part.**

**Claims Two and Three are dismissed with prejudice.**

Court in Recess: 2:08 p.m.        Hearing concluded.        Total time in Court: 00:42