IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | |
|---|---|
| Civil Action: 23-cv-01682-CNS-KAS | Date: October 25, 2024 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| DOUGLAS MIRACLE | *John McKendree* |
| **Plaintiff** | |
| **v.** | |
| ACEYUS INC | *Elizabeth Poche* |
| | *Lucas Ritchie* |
| **Defendant** | |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 10:01 a.m.

Appearance of counsel.

Argument as to [56] Defendant's Motion for Summary Judgment given by Mr. Ritchie and Mr. McKendree with questions from the Court.

As outlined on the record, it is

**ORDERED:   [56] Defendant's Motion for Summary Judgment is GRANTED.**

**Judgment to enter in favor of the defendant.**

Court in Recess: 11:05 a.m.          Hearing concluded.          Total time in Court: 01:04